AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>FELISHA MONET MITCHELL<br>a/k/a "Monet Chic"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  13-15 MAG<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 21 - January 24, 2013___ in the parish of ___Orleans___ in the ___Eastern___ District of ___Louisiana___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871(a) | (a) Whoever knowingly and willfully makes a threat to take the life of, to kidnap, or to inflict bodily harm upon the President of the United States; |
| 18 U.S.C. § 879(a)(2) | (a) Whoever knowingly and willfully threatens to kill, kidnap, or inflict bodily harm upon—<br>(2) a member of the immediate family of the President; |

This criminal complaint is based on these facts:
see attached Affidavit

___ Fee
_X_ Process USM ICC
_X_ Dktd
___ CtRmDep
___ Doc. No.

☑ Continued on the attached sheet.

_____
Complainant's signature

Shan L. Kirk, Senior Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___02/13/2013___

_____
Judge's signature

City and state: ___New Orleans, Louisiana___   Honorable Daniel E. Knowles III, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Shan L. Kirk, Senior Special Agent with the United States Secret Service, New Orleans Field Office, being duly sworn, depose, and state the following:

1. Your affiant has been employed as a Special Agent of the United States Secret Service, hereinafter referred to as USSS, since 5/29/1984, and is currently assigned to the New Orleans Field Office. As a Special Agent, your affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with authority to execute warrants issued under the authority of the United States. Your affiant's present duties include the investigation of threats against the President of the United States, Former Presidents of the United States, and immediate family members of President of the United States.

2. This Affidavit is made in support of an arrest warrant for Felisha Monet Mitchell, aka "Monet Chic." Between January 21 through 24, 2013, a person who was later identified as Felisha Monet Mitchell made numerous threats against the President and the First Family on both Facebook and Twitter.

3. On or about January 21, 2013, Monet Chic's public Twitter feed showed a picture of what appears to be Mitchell, and identified herself as the "First African American Woman President." She also posted the following:

    - "Talk directly to the woman who is going to kill him and make America a better place instead of creating enemies with every other country"

    - "@EyesReal_Dreamy to the death of the president. If he doesn't surrender on TV, he will die and a lot of men over the next few weeks"

    - "@BarackObama and may my God kill the devil, YOU and all your followers. Bye"

    - "@BarackObama along with others. I DECLARED WAR"

    - "Ask Obama right now at the inauguration to recite a JayZ verse and ask Michelle to sing two Beyonce songs. That's why they deserve death"

- "@BarackObama and whoever supports you. We already started taking out men. Let beyonces fake ass step here in a few weeks. Bye"

- "@BarackObama my grass roots don't speak, we will kill you"

- "Put me in arms length of Barack and I will kill him myself. I just don't want jail time cause I need to lead this country and more"

- "If they take Beyonce and some secret service men out. Give me a gun at the end. I will finish him myself. That's who I will take out"

- "See yall are cowards. I give respect where respect is due and Barack hasn't done anything to earn my respect"

- "Bring dat ass here if you want. I want full surrender"

- "Or else another man will be dead in 2 weeks"

4. On or about January 21, 2013 at 5:31 p.m., Monet Chic posted on Facebook (via Twitter), "Me winning the debates, my intelligence, decision making skills, my beauty and everything makes me qualified to take out Barack Obama & run" Monet Chic's Facebook information "about" page states she is "President."

5. On or about January 22, 2013 at 12:25 a.m., Monet Chic posted on Facebook (via Twitter), "And if don't give it to me, my team will have no choice but to kill him. And if his family is in the way, they will go to."

6. On or about January 22, 2013 at 7:06 a.m., Monet Chic posted on her Twitter feed, "the only way that will happen is the death of Obama. I'm not twittling my thumbs 4 another 4 years watching my dream job." She next posted, "I'm taking it this year by any means necessary."

7. On or about January 23, 2013, Monet Chic posted on her public Twitter feed in a space of about 5 minutes the following:

    - "Especially the haters and when we take Obama out, all yall lose power. There will be a new power team. U understand?"

- "You see how my ladies ride when he was sworn in because its gonna go down officially not oh, he wasn't quite president yet so we have to do"

- "This and that. Once Obama dies, we want total surrender from the US govt."

Also on or about January 23, 2013, Monet Chic posted on her public Twitter feed the following:

- "Fuck Drake, fuck a husband. I'm working on me, my goals, and killing that inconsiderate murderer war hog president that we have"

- "My bitches are going to off Bey and Obama and many other men until he surrenders. If he surrenders, we won't be at war" (around 9:03 pm)

8. On or about January 24, 2013, Monet Chic posted on Facebook the following:

- A post referenced "Obama and Bey."

- The next post stated, "Think abt ur family and children before u come here thinking ur a big shot"

- The next post stated, "You think u gonna watch us under surveillance when we not looking, well watch this attack when u don't know where its coming from"

9. Also, on or about January 24, 2013, Monet Chic posted on Twitter the following:

- "Whoever kills him is getting a monetary award not jail time cause America surrenders duh. That's the risk"

- "I will be happy when I'm president and Obama is dead this year"

10. On 01/25/13, Felisha Mitchell was located and interviewed in New Orleans, Louisiana, by agents of the United States Secret Service. She claimed she had posted the threats against the President of the United States from her cell phone and admitted to making the threats against President Obama and the First Family. Mitchell claimed posting the comments while she was in New Orleans, LA.

Mitchell also claimed that in 2011 cameras began following her and the situation was "driving her insane." She stated "the other side" wanted her to be either President or Secretary of State. She believed someone else would kill POTUS Obama. Mitchell also stated she had liked POTUS Obama until his "policies conflicted with his actions."

11. On 01/28/13, United States Secret Service agents re-interviewed Mitchell in New Orleans, Louisiana. Mitchell again stated that she believed that she posted the "tweets" from her cell phone. Mitchell also stated that she began posting the comments (threats) when she was in Las Vegas, Nevada and continued in New Orleans, Louisiana

12. On 02/05/13, Special Agent Gee, United States Secret Service, Kansas City, Missouri, advised that Sprint Communications would be able to provide the "Call Detailed Records to include Web Traffic information," for Sprint Communications cell phone number 702-287-4935, known to be assigned to and used by Felisha Monet Mitchell, from 01/21/13 through 01/25/13.

13. On 02/07/13, Special Agent Gee, United States Secret Service, Kansas City, Missouri, advised that Sprint Communications provided the "Call Detailed Records to include Web Traffic information," for Sprint Communications cell phone number 702-287-4935. Agent Gee further advised the Group Manager-Digital Forensic Investigations Team, Sprint Corporate Security, 6480 Sprint Parkway, Overland Park, Kansas 66251, confirmed that through these "Call Detailed Records," the Sprint Communications cell phone number 702-287-4935 was physically located in New Orleans, Louisiana from 01/21/13 through 01/25/13.

14. Your affiant submits that the above facts demonstrate that there is probable cause to support that Felisha Monet Mitchell has violated Title 18, United States Code, Section 871(a), threats against the President of the United States, and Title 18, United States Code, Section 879(a)(2), threats against the immediate family of the President of the United States.

Affiant swears that the above information is true and correct to the best of his knowledge.

_____
Shan L. Kirk, Senior Special Agent
United States Secret Service

Sworn to and subscribed before me,
this 13 day of Feb., 2013.

_____
Honorable Daniel E. Knowles, III
United States Magistrate Judge